Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____    Chapter **7**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Softwax Record Pressing LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 2 6 9 0 0 6 7 |

**4. Debtor's address**

**Principal place of business**

**300 East Godfrey Avenue**

Number        Street

**Philadelphia, PA 19120**
City                              State      ZIP Code

**Philadelphia**
County

**Mailing address, if different from principal place of business**

Number        Street

City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://www.softwaxrecordpressing.com/** |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:        **Limited Liability Company**

Debtor   **Softwax Record Pressing LLC**                                              Case number *(if known)* _____

      Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    <u>3</u>   <u>2</u>   <u>6</u>   <u>2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                 MM / DD / YYYY

           District _____   When _____   Case number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

        District _____   When _____
                                                 MM / DD / YYYY

        Case number, if known _____

| Debtor | **Softwax Record Pressing LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? | |
| | _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____ | |
| | _____ | |
| | City                                   State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.    Insurance agency    _____ | |
| | Contact name    _____ | |
| | Phone    _____ | |

| **Statistical and administrative information** |
|---|

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Softwax Record Pressing LLC**
                    Name                                                                    Case number *(if known)*

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/31/2024**
                       MM/ DD/ YYYY

**X**    **/s/ Michael Wodnicki**                    **Michael Wodnicki**
Signature of authorized representative of debtor        Printed name

Title    **Member**

**18. Signature of attorney**

**X**    **/s/ Stephen Dunne**    Date **10/31/2024**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Stephen Dunne**
Printed name

**Dunne Law Offices, PC**
Firm name

**1515 Market Street 1200**
Number          Street

**Philadelphia**                    **PA**    **19102**
City                         State      ZIP Code

**(215) 205-6367**                    **stephen@dunnelawoffices.com**
Contact phone                    Email address

**208838**                    **PA**
Bar number                    State

Fill in this information to identify the case:

Debtor Name **Softwax Record Pressing LLC**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo** | **Checking account** | **0  2  6  0** | $2,392.43 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $2,392.43

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **Security deposit** | $4,200.00 |
|---|---|

Debtor    **Softwax Record Pressing LLC**
_____    Case number *(if known)* _____
Name

---

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1    _____    _____

8.2    _____    _____

**9.    Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | $4,200.00 |

| Part 3: | Accounts receivable |

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |

**11.    Accounts receivable**

11a. 90 days old or less:    **$0.00**        -        **$0.00**    =.....➡    $0.00
    face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    **$0.00**        -        **$0.00**    =.....➡    $0.00
    face amount            doubtful or uncollectible accounts

**12.    Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $0.00 |

| Part 4: | Investments |

**13.    Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1    _____    _____    _____

14.2    _____    _____    _____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1.    _____    _____    _____    _____

15.2.    _____    _____    _____    _____

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor     **Softwax Record Pressing LLC**                                                    Case number *(if known)* _____
           Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                        _____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| **PVC Plastic** | **10/29/2024** MM / DD / YYYY | **$500.00** | | **$500.00** |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                        **$500.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Softwax Record Pressing LLC**
          _____
          Name                                                    Case number _(if known)_ _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

    | Current value of debtor's interest |
    |---|
    | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Softwax Record Pressing LLC**
_____
Name                                              Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **Office Furniture** | $250.00 | Internet Search | $250.00 |

40.   **Office fixtures**

| | | | |
|---|---|---|---|
| **Security cameras** | $100.00 | Internet Search | $100.00 |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Desktop Computer** | $100.00 | Internet Search | $100.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $450.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | | | |

Debtor **Softwax Record Pressing LLC**                     Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 48.2 | | | |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Southern Machine & Tool Corporation 12" Press /** Southern Machine & Tool Corporation 12" Press | $70,000.00 | Internet Search | $70,000.00 |
| **Hamilton /** Hamilton | $25,000.00 | Internet Search | $25,000.00 |
| **Boiler /** Boiler | $7,500.00 | Internet Search | $7,500.00 |
| **Chiller /** Chiller | $15,000.00 | Internet Search | $15,000.00 |
| **Oven /** Oven | $500.00 | Internet Search | $500.00 |
| **Shrink-Wrap /** Shrink-Wrap | $3,000.00 | Internet Search | $3,000.00 |
| **Heat Tunnel /** Heat Tunnel | $1,000.00 | Internet Search | $1,000.00 |
| **Pumps /** Pumps | $5,000.00 | Internet Search | $5,000.00 |
| **Water Tank /** Water Tank | $750.00 | Internet Search | $750.00 |
| **Granulator /** Granualtor | $1,500.00 | Internet Search | $1,500.00 |
| **QC Equippment /** QC Equippment | $750.00 | Internet Search | $750.00 |
| **Bridgeport /** Bridgeport | $6,500.00 | Internet Search | $6,500.00 |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                     $136,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**     Real property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Softwax Record Pressing LLC**
Name

Case number *(if known)*

|  |  |  |  |  |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| https://www.softwaxrecordpressing.com/ | $100.00 | Internet Search on www.godaddy.com | $100.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

Debtor    **Softwax Record Pressing LLC**
_____    Case number *(if known)* _____
          Name

---

66.  **Total of Part 10**                                                        $100.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

     ☑ No

     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No

     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.

     ☑ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ = ➔    _____
                                 Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **Federal Tax Refund** _____    Tax year  **2024** _____    $30,000.00

73.  **Interests in insurance policies or annuities**

     _____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     _____    _____

     **Nature of claim**    _____

     **Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____    _____

     **Nature of claim**    _____

     **Amount requested**    _____

---

Debtor    **Softwax Record Pressing LLC**
Name                                                                Case number *(if known)*

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| 78. | **Total of Part 11** |
| | Add lines 71 through 77. Copy the total to line 90. |

$30,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,392.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $136,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................. ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $174,142.43 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................. | | $174,142.43 |

**Fill in this information to identify the case:**

Debtor name  **Softwax Record Pressing LLC**

United States Bankruptcy Court for the:  **Eastern**    District of  **Pennsylvania**

(State)

Case number (if known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name      **Softwax Record Pressing LLC**

United States Bankruptcy Court for the:

     **Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
|---|---|---|---|
| **Date or dates debt was incurred**<br><br>_____ | **Basis for the claim:**<br><br>_____ | | |
| **Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
|---|---|---|---|
| **Date or dates debt was incurred**<br><br>_____ | **Basis for the claim:**<br><br>_____ | | |
| **Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Debtor | **Softwax Record Pressing LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

Amercian Express

PO Box 981535

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,962.00

---

**3.2**  Nonpriority creditor's name and mailing address

Arun Ramamurthy Trio

c/o Green Leaf Music

323 Prospect Place Apt 1

Brooklyn, NY 11238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,587.56

---

**3.3**  Nonpriority creditor's name and mailing address

ASTHMATIC KITTY RECORDS

C/O KLBM LLC

1000 MAIN STREET Suite 201

Nashville, TN 37206

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$81,322.69

---

**3.4**  Nonpriority creditor's name and mailing address

AtoZ Media

150-36 182nd Street 1st Floor

Springfield Gardens, NY 11413

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,062.53

---

Debtor    **Softwax Record Pressing LLC**                                   Case number *(if known)* _____

Name

---

| **Part 2:** | Additional Page |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,247.40 |
|---|---|---|---|

**Banele Mguni**

**2421 Newmoor Way**

**Upper Marlboro, MD 20772**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $983.25 |
|---|---|---|---|

**Brian McBrearty**

**117 E Coulter St**

**Philadelphia, PA 19144**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,622.25 |
|---|---|---|---|

**Buck Gooter**

**Billy Brett**

**1008 Tufton Ave**

**Charlottesville, VA 22902**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,838.76 |
|---|---|---|---|

**Butterbeer (Daydream)**

**c/o Serio Esparza**

**1397 Wooden Valley Street**

**Chula Vista, CA 91913**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor    **Softwax Record Pressing LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,292.25** |

**3.9** Nonpriority creditor's name and mailing address

**Camping In Alaska (HOP)**

**Jacob Welker**

**840 S. Roanoke Avenue 3-406-B**

**Springfield, MO 65806**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,292.25**

---

**3.10** Nonpriority creditor's name and mailing address

**Carsie Blanton - Body Of Work - REPRESS**

**429 W Bringhurst Street**

**Philadelphia, PA 19144**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,963.05**

---

**3.11** Nonpriority creditor's name and mailing address

**Cathedral Bells (Daydream)**

**Sergio Esparza**

**1397 Wooden Valley Street**

**Chula Vista, CA 91913**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,229.75**

---

**3.12** Nonpriority creditor's name and mailing address

**Chardon Laboratories**

**7300 Tussing Road**

**Reynoldsburg, OH 43068**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$912.60**

---

| Debtor | **Softwax Record Pressing LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.13** | **Nonpriority creditor's name and mailing address**

**CMH**

**P.O. Box 39439**

**Los Angeles, CA 90039**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,577.03

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Delval Equipment Corporation**

**604 General Washington Avenue**

**Norristown, PA 19403**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Donny Eastland**

**5504 Clovercrest Drive**

**Brentwood, TN 37027**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,350.00

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Fabi Mera**

**549 Mountain Street**

**Philadelphia, PA 19148**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,537.80

---

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

**3.17** Nonpriority creditor's name and mailing address

Federico Casanova

2332 Fernon Street

Philadelphia, PA 19145

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Five Finger Posse

(MALK/Will Becker)

217 Spruce Street

Philadelphia, PA 19106

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,141.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Gold Dust (Stephen Pierce)

7 Water Street

Easthampton, MA 01027

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $2,353.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Gold Pyramid

2966 Matthew Ln

Lawrenceville, GA 30044

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,736.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____

Name

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

**Gold Shop**

**838 DEAN ST UNIT A**

**Brooklyn, NY 11238**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,763.00

---

**3.22** Nonpriority creditor's name and mailing address

**Gotta Groove Records**

**3615 Superior Avenue #4201 A**

**Cleveland, OH 44114**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$19,637.18

---

**3.23** Nonpriority creditor's name and mailing address

**Hartford Insurance Company**

**301 Woods Park Drive**

**Clinton, NY 13323**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,173.42

---

**3.24** Nonpriority creditor's name and mailing address

**House of Hamill**

**Rose Baldino**

**2681 Burton Rd.**

**Harleysville, PA 19438**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,307.19

---

Debtor   **Softwax Record Pressing LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,884.25 |

**Jentl**

**Darren**

**35 Diamond Street #6**

**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,256.25 |

**Jewelssea**

**c/o Cameron Vickens**

**1913 N. Lawrence Street**

**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |

**JRE Eleven, LLC**

**c/o McDonald Ave. Paper & Plastic**

**58 50th Street**

**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,095.85 |

**Karl Blau**

**c/o Stephen Pierce**

**7 Water Street**

**Easthampton, MA 01027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.63

**Karl Blau**

*Check all that apply.*
- ☐ Contingent

**c/o Stephen Pierce**
- ☐ Unliquidated
- ☐ Disputed

**7 Water Street**

**Easthampton, MA 01027**

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred        _____
☑ No

Last 4 digits of account number    __ __ __ __
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,103.00

**King Blood (Petty Bunco)**

*Check all that apply.*
- ☐ Contingent

**Richi Charles**
- ☐ Unliquidated
- ☐ Disputed

**2528 N Front S**

**Philadelphia, PA 19133**

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred        _____
☑ No

Last 4 digits of account number    __ __ __ __
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,707.00

**Lovage Sharrock (Phipps Point)**

*Check all that apply.*
- ☐ Contingent

**460 59th Street**
- ☐ Unliquidated
- ☐ Disputed

**Oakland, CA 94609**

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred        _____
☑ No

Last 4 digits of account number    __ __ __ __
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.75

**Luci Dead Limb (Lux Lucidi)**

*Check all that apply.*
- ☐ Contingent

**724 Berkley St**
- ☐ Unliquidated
- ☐ Disputed

**Berkley, MA 02779**

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred        _____
☑ No

Last 4 digits of account number    __ __ __ __
☐ Yes

---

Debtor    **Softwax Record Pressing LLC**

Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$900,000.00**

**Mary Collins**

**2814 Motor Avenue**

**Los Angeles, CA 90064**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Capital Contributions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,110.00**

**Mastercraft**

**801 Magnolia Ave Elizabeth**

**Elizabeth, NJ 07201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,432.89**

**Matias Anaya**

**5930 Benner Street Apt 4**

**Los Angeles, CA 90042**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,200.00**

**Michael Wodnicki**

**341 N. Fairview Street**

**Burbank, CA 91505**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____
_____
Name

---

**Part 2:**  Additional Page

---

**3.37**  Nonpriority creditor's name and mailing address

**Mike Falzone**

**c/o Byron McKoy**

**2105 S 5th St W**

**Missoula, MT 59801**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,943.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**  Nonpriority creditor's name and mailing address

**No Genocide - VA comp**

**Rachel Courtney**

**6213 Baynton Street**

**Philadelphia, PA 19144**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,455.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**  Nonpriority creditor's name and mailing address

**Packaging Consultants**

**7300 North Crescent Blvd. Unit 14**

**Pennsauken, NJ 08110**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $539.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**  Nonpriority creditor's name and mailing address

**Paul Yoon**

**11106 Pegasus Avenue**

**San Diego, CA 92126**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $1,383.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Softwax Record Pressing LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,275.00
| **Quickbooks** | *Check all that apply.* |
| | ☐ Contingent |
| **c/o WebBank** | ☐ Unliquidated |
| | ☐ Disputed |
| **215 South State Street Suite 100** | |
| **Salt Lake City, UT 84111** | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ | |

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,358.15
| **Res - "How I Do" LP V2 - REPRESS** | *Check all that apply.* |
| | ☐ Contingent |
| **7042 Sheldrake Place** | ☐ Unliquidated |
| **Philadelphia, PA 19153** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,032.35
| **Rob Scallon** | *Check all that apply.* |
| | ☐ Contingent |
| **c/o Byron McKoy** | ☐ Unliquidated |
| | ☐ Disputed |
| **2105 S 5th St W** | |
| **Missoula, MT 59801** | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ | |

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,910.00
| **RPA** | *Check all that apply.* |
| | ☐ Contingent |
| **700 Sherman Ave.** | ☐ Unliquidated |
| **Hamden, CT 06514** | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

| Debtor | **Softwax Record Pressing LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,396.05
--- | --- | --- | ---

**Ryan Raichilson**

**28 Carson Avenue**

**Metuchen, NJ 08840**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,433.45

**Sergio Esparza**

**1397 Wooden Valley Street**

**Chula Vista, CA 91913**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,835.76

**Sergio Esparza**

**1397 Wooden Valley Street**

**Chula Vista, CA 91913**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,677.86

**Sonic & Chill (GameChops)**

**c/o Chris Davidson**

**3005 Grays Ferry Avenue Unit 3963**

**Philadelphia, PA 19146**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,312.55
| **Stardew & Chill (GameChops)** | *Check all that apply.* |
| **c/o Chris Davidson** | ☐ Contingent |
| **3005 Grays Ferry Avenue Unit 3963** | ☐ Unliquidated |
| **Philadelphia, PA 19146** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,065.86
| **Symcon** | *Check all that apply.* |
| **10612-D Providence Road Ste.716** | ☐ Contingent |
| **Charlotte, NC 28277** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,664.75
| **Twikipedia 2xLP (Reasonable Records)** | *Check all that apply.* |
| **Marc Combs** | ☐ Contingent |
| **11540 Little Patuxent Parkway Apt 103** | ☐ Unliquidated |
| **Columbia, MD 21044** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.58
| **Uline** | *Check all that apply.* |
| **2575 Uline Drive** | ☐ Contingent |
| **Pleasant Prairie, WI 53158** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor    **Softwax Record Pressing LLC**                                   Case number *(if known)* _____

Name

| Part 2: | Additional Page |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,797.75 |

**Visionaries (META/Mas Yamagata)**

**5541 Pineridge Dr**

**La Palma, CA 90623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    _____

**Basis for the claim:** _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,435.00 |

**Well Made Music**

**120 Wood Street**

**Bristol, VA 24201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    _____

**Basis for the claim:** _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,433.45 |

**What Is Your Name (Daydream)**

**c/o Sergio Esparza**

**1397 Wooden Valley Street**

**Chula Vista, CA 91913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    _____

**Basis for the claim:** _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Softwax Record Pressing LLC**
Name

Case number *(if known)*

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.    **Total claims from Part 2** | 5b. **+** | **$1,200,811.15** |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,200,811.15** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Softwax Record Pressing LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| Case number (if known): | Chapter **7** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease** | **JRE Eleven, LLC** |
| | **Contract to be REJECTED** | **c/o McDonald Ave. Paper & Plastic** |
| State the term remaining | **0 months** | **58 50th Street** |
| List the contract number of any government contract | | **Brooklyn, NY 11232** |

| | | |
|---|---|---|
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Softwax Record Pressing LLC**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City    State    ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City    State    ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City    State    ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City    State    ZIP Code | | |

Debtor    **Softwax Record Pressing LLC**

Name

Case number (if known)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ❏ D |
| | | | | ❏ E/F |
| | | | | ❏ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ❏ D |
| | | | | ❏ E/F |
| | | | | ❏ G |
| | | City          State          ZIP Code | | |

Official Form 206H

**Schedule H: Codebtors**

**Fill in this information to identify the case:**

Debtor name      **Softwax Record Pressing LLC**

United States Bankruptcy Court for the:

     **Eastern District of Pennsylvania**

Case number (if known): _____     Chapter __**7**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*...............................................................................................     **$0.00**

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*...........................................................................................     **$174,142.43**

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*.............................................................................................     **$174,142.43**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................     **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................     **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................     **+   $1,200,811.15**

4. **Total liabilities**...................................................................................................................................     **$1,200,811.15**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name　　　　**Softwax Record Pressing LLC**

United States Bankruptcy Court for the:
　　　　**Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an
　 amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.　Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>　　MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$318,592.24** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>　　MM/ DD/ YYYY　　MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$494,088.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>　　MM/ DD/ YYYY　　MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$840,873.00** |

**2.　Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>　　MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>　　MM/ DD/ YYYY　　MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>　　MM/ DD/ YYYY　　MM/ DD/ YYYY | _____ | _____ |

Debtor  **Softwax Record Pressing LLC**                                    Case number *(if known)*
        Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Federico Casanova** <br> Creditor's name <br><br> **2332 Fernon Street** <br> Street <br><br> **Philadelphia, PA 19145** <br> City          State    ZIP Code <br><br> Relationship to debtor <br><br> **LLC Member** | **10/15/2024** | **$50.00** | **Draw in lieu of salary - LLC Member** |
| 4.2. **Federico Casanova** <br> Creditor's name <br><br> **2332 Fernon Street** <br> Street <br><br> **Philadelphia, PA 19145** <br> City          State    ZIP Code <br><br> Relationship to debtor <br><br> **LLC Member** | **08/15/2024** | **$1,000.00** | **Draw in lieu of salary** |

Debtor  **Softwax Record Pressing LLC**
Name                                                                    Case number *(if known)*

---

4.3. **Federico Casanova**                    **07/25/2024**        **$825.00**        **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.4. **Federico Casanova**                    **07/17/2024**        **$825.00**        **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.5. **Federico Casanova**                    **07/10/2024**        **$725.00**        **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.6. **Federico Casanova**                    **07/08/2024**        **$100.00**        **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.7. **Federico Casanova**                    **07/05/2024**        **$825.00**        **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

---

Debtor    **Softwax Record Pressing LLC**
Name

Case number *(if known)*

---

4.8.    **Federico Casanova**    **06/25/2024**    **$400.00**    **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City    State    ZIP Code

Relationship to debtor

**LLC Member**

4.9.    **Federico Casanova**    **06/20/2024**    **$700.00**    **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City    State    ZIP Code

Relationship to debtor

**LLC Member**

4.10.    **Federico Casanova**    **05/31/2024**    **$825.00**    **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City    State    ZIP Code

Relationship to debtor

**LLC Member**

4.11.    **Federico Casanova**    **05/22/2024**    **$825.00**    **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City    State    ZIP Code

Relationship to debtor

**LLC Member**

4.12.    **Federico Casanova**    **05/16/2024**    **$825.00**    **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City    State    ZIP Code

Relationship to debtor

**LLC Member**

---

Debtor  Softwax Record Pressing LLC
Name                                                          Case number *(if known)*

| | | | |
|---|---|---|---|
| 4.13. | **Federico Casanova** | **05/09/2024** | **$825.00** | **Draw in lieu of salary** |

Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City              State      ZIP Code

Relationship to debtor

**LLC Member**

4.14.  **Federico Casanova**              **05/02/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City              State      ZIP Code

Relationship to debtor

**LLC Member**

4.15.  **Federico Casanova**              **04/26/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City              State      ZIP Code

Relationship to debtor

**LLC Member**

4.16.  **Federico Casanova**              **04/22/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City              State      ZIP Code

Relationship to debtor

**LLC Member**

4.17.  **Federico Casanova**              **04/15/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City              State      ZIP Code

Relationship to debtor

**LLC Member**

Debtor    **Softwax Record Pressing LLC**                                          Case number *(if known)*
Name

**4.18.** **Federico Casanova**                    **04/10/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                State    ZIP Code

Relationship to debtor

**LLC Member**

**4.19.** **Federico Casanova**                    **04/08/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                State    ZIP Code

Relationship to debtor

**LLC Member**

**4.20.** **Federico Casanova**                    **04/05/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                State    ZIP Code

Relationship to debtor

**LLC Member**

**4.21.** **Federico Casanova**                    **04/01/2024**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                State    ZIP Code

Relationship to debtor

**LLC Member**

**4.22.** **Federico Casanova**                    **03/23/2024**          **$1,800.00**        **Loan Repayment**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                State    ZIP Code

Relationship to debtor

**LLC Member**

Debtor  Softwax Record Pressing LLC
        Name

Case number *(if known)*

---

4.23.  **Federico Casanova**
       Creditor's name

       **2332 Fernon Street**
       Street


       **Philadelphia, PA 19145**
       City              State     ZIP Code

       Relationship to debtor

       **LLC Member**

**03/22/2024**           **$825.00**          **Draw in lieu of salary**

---

4.24.  **Federico Casanova**
       Creditor's name

       **2332 Fernon Street**
       Street


       **Philadelphia, PA 19145**
       City              State     ZIP Code

       Relationship to debtor

       **LLC Member**

**03/21/2024**           **$825.00**          **Draw in lieu of salary - LLC Member**

---

4.25.  **Federico Casanova**
       Creditor's name

       **2332 Fernon Street**
       Street


       **Philadelphia, PA 19145**
       City              State     ZIP Code

       Relationship to debtor

       **LLC Member**

**03/18/2024**           **$825.00**          **Draw in lieu of salary**

---

4.26.  **Federico Casanova**
       Creditor's name

       **2332 Fernon Street**
       Street


       **Philadelphia, PA 19145**
       City              State     ZIP Code

       Relationship to debtor

       **LLC Member**

**03/14/2024**           **$825.00**          **Draw in lieu of salary**

---

4.27.  **Federico Casanova**
       Creditor's name

       **2332 Fernon Street**
       Street


       **Philadelphia, PA 19145**
       City              State     ZIP Code

       Relationship to debtor

       **LLC Member**

**03/11/2024**           **$825.00**          **Draw in lieu of salary**

---

Debtor    Softwax Record Pressing LLC
          Name                                                                    Case number *(if known)*

---

4.28. **Federico Casanova**              **03/04/2024**          **$300.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                State      ZIP Code

Relationship to debtor

**LLC Member**

4.29. **Federico Casanova**              **03/04/2024**          **$500.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                State      ZIP Code

Relationship to debtor

**LLC Member**

4.30. **Federico Casanova**              **02/22/2024**          **$875.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                State      ZIP Code

Relationship to debtor

**LLC Member**

4.31. **Federico Casanova**              **02/20/2024**          **$875.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                State      ZIP Code

Relationship to debtor

**LLC Member**

4.32. **Federico Casanova**              **01/31/2024**          **$625.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                State      ZIP Code

Relationship to debtor

**LLC Member**

---

Debtor    Softwax Record Pressing LLC                                    Case number *(if known)*
          Name

4.33.  **Federico Casanova**          **01/29/2024**        **$100.00**        **Draw in lieu of salary**
       Creditor's name

       **2332 Fernon Street**
       Street

       **Philadelphia, PA 19145**
       City              State    ZIP Code

       Relationship to debtor

       **LLC Member**

4.34.  **Federico Casanova**          **10/29/2024**        **$100.00**        **Draw in lieu of salary**
       Creditor's name

       **2332 Fernon Street**
       Street

       **Philadelphia, PA 19145**
       City              State    ZIP Code

       Relationship to debtor

       **LLC Member**

4.35.  **Federico Casanova**          **01/25/2024**        **$825.00**        **Draw in lieu of salary**
       Creditor's name

       **2332 Fernon Street**
       Street

       **Philadelphia, PA 19145**
       City              State    ZIP Code

       Relationship to debtor

       **LLC Member**

4.36.  **Federico Casanova**          **01/18/2024**        **$825.00**        **Draw in lieu of salary**
       Creditor's name

       **2332 Fernon Street**
       Street

       **Philadelphia, PA 19145**
       City              State    ZIP Code

       Relationship to debtor

       **LLC Member**

4.37.  **Federico Casanova**          **01/16/2024**        **$200.00**        **Draw in lieu of salary**
       Creditor's name

       **2332 Fernon Street**
       Street

       **Philadelphia, PA 19145**
       City              State    ZIP Code

       Relationship to debtor

       **LLC Member**

Debtor  **Softwax Record Pressing LLC**                                      Case number *(if known)*

Name

4.38.  **Federico Casanova**                    **01/08/2024**          **$875.00**          **Draw in lieu of salary - LLC Member**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                          State      ZIP Code

Relationship to debtor

**LLC Member**

4.39.  **Federico Casanova**                    **01/01/2024**          **$1,800.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                          State      ZIP Code

Relationship to debtor

**LLC Member**

4.40.  **Federico Casanova**                    **01/01/2024**          **$1,800.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                          State      ZIP Code

Relationship to debtor

**LLC Member**

4.41.  **Federico Casanova**                    **01/01/2024**          **$850.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                          State      ZIP Code

Relationship to debtor

**LLC Member**

4.42.  **Federico Casanova**                    **01/01/2024**          **$850.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City                          State      ZIP Code

Relationship to debtor

**LLC Member**

Debtor    **Softwax Record Pressing LLC**
Name                                                                                        Case number *(if known)*

---

4.43.  **Federico Casanova**          **12/28/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                    State      ZIP Code

| Relationship to debtor |

**LLC Member**

4.44.  **Federico Casanova**          **12/26/2023**          **$200.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                    State      ZIP Code

| Relationship to debtor |

**LLC Member**

4.45.  **Federico Casanova**          **12/22/2023**          **$320.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                    State      ZIP Code

| Relationship to debtor |

**LLC Member**

4.46.  **Federico Casanova**          **12/20/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                    State      ZIP Code

| Relationship to debtor |

**LLC Member**

4.47.  **Federico Casanova**          **12/15/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street



**Philadelphia, PA 19145**
City                    State      ZIP Code

| Relationship to debtor |

**LLC Member**

---

Debtor    Softwax Record Pressing LLC

Name

Case number *(if known)*

4.48. **Federico Casanova**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City          State     ZIP Code

Relationship to debtor

**LLC Member**

**12/14/2023**          **$138.49**          **Draw in lieu of salary**

4.49. **Federico Casanova**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City          State     ZIP Code

Relationship to debtor

**LLC Member**

**12/11/2023**          **$825.00**          **Draw in lieu of salary**

4.50. **Federico Casanova**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City          State     ZIP Code

Relationship to debtor

**LLC Member**

**11/30/2023**          **$150.00**          **Draw in lieu of salary -**

4.51. **Federico Casanova**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City          State     ZIP Code

Relationship to debtor

**LLC Member**

**11/30/2023**          **$700.00**          **Draw in lieu of salary**

4.52. **Federico Casanova**
Creditor's name

**2332 Fernon Street**
Street

**Philadelphia, PA 19145**
City          State     ZIP Code

Relationship to debtor

**LLC Member**

**11/24/2023**          **$825.00**          **Draw in lieu of salary**

Debtor    **Softwax Record Pressing LLC**                                              Case number *(if known)*
Name

---

4.53.  **Federico Casanova**                    **11/24/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.54.  **Federico Casanova**                    **11/17/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.55.  **Federico Casanova**                    **11/10/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.56.  **Federico Casanova**                    **11/06/2023**          **$825.00**          **Draw in lieu of salary**
Creditor's name

**2332 Fernon Street**
Street


**Philadelphia, PA 19145**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

4.57.  **Michael Wodnicki**                     **03/28/2024**          **$550.00**          **Loan Repayment**
Creditor's name

**341 N. Fairview Street**
Street


**Burbank, CA 91505**
City                    State      ZIP Code

Relationship to debtor

**LLC Member**

---

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)* _____
Name

4.58. | **Michael Wodnicki** | **03/28/2024** | **$4,750.00** | **Loan Repayment** |
Creditor's name

**341 N. Fairview Street**
Street

_____

**Burbank, CA 91505**
City                          State    ZIP Code

| Relationship to debtor |

**LLC Member**

4.59. | **Michael Wodnicki** | **01/01/2024** | **$4,750.00** | **Loan Repayment** |
Creditor's name

**341 N. Fairview Street**
Street

_____

**Burbank, CA 91505**
City                          State    ZIP Code

| Relationship to debtor |

**LLC Member**

---

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City             State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| 6.1. _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City             State    ZIP Code | | | |

Debtor    Softwax Record Pressing LLC _____    Case number *(if known)* _____

Name

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | _____ | |
| | | | City            State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | **Case number** | Street |
| | City            State    ZIP Code | _____ | _____ |
| | | **Date of order or assignment** | City            State    ZIP Code |
| | | _____ | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Recipient's name | | | |
| | Street | | | |
| | _____ | | | |
| | City            State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

Debtor  Softwax Record Pressing LLC                                     Case number *(if known)*
_____
         Name

| Part 5: | Certain Losses |

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____ _____ _____ _____

| Part 6: | Certain Payments or Transfers |

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Dunne Law Offices, PC** | **Attorney's Fee** | **10/24/2024** | **$6,000.00** |

| Address |
| **1515 Market Street 1200** |
| Street |
| _____ |
| **Philadelphia, PA 19102** |
| City          State     ZIP Code |

| Email or website address |
| **mwodnicki@softwaxrp.com** |

| Who made the payment, if not debtor? |
| **Michael Wodnicki** |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Trustee |
| _____ |

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                      page 16

Debtor    **Softwax Record Pressing LLC**    Case number *(if known)*
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---------|---------------------|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **Softwax Record Pressing LLC**                                    Case number *(if known)*

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street                                    Location where patient records are maintained(if different from facility address). If electronic, identify any service provider.    **How are records kept?**

City                State    ZIP Code                                                                  *Check all that apply:*

❑ Electronically

❑ Paper

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

❑ No

❑ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 | XXXX– __ __ __ __ | ❑ Checking | | |
| Name | | ❑ Savings | | |
| | | ❑ Money market | | |
| Street | | ❑ Brokerage | | |
| | | ❑ Other | | |
| City        State    ZIP Code | | | | |

Debtor  **Softwax Record Pressing LLC**                                Case number *(if known)*
_____
Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City    State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor **Softwax Record Pressing LLC**
Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____     To _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Alex Howell**<br>Name<br>**2216 Gaul Street**<br>Street<br><br>**Philadelphia, PA 19125**<br>City          State     ZIP Code | From **01/01/2019**  To **10/30/2024** |
| 26a.2. **Cami Carder**<br>Name<br>**111 Congress Suite 400**<br>Street<br><br>**Austin, TX 78701**<br>City          State     ZIP Code | From **01/01/2023**  To **10/30/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State     ZIP Code | From _____     To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

---

Debtor   **Softwax Record Pressing LLC** _____   Case number _(if known)_ _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26c.1.

Name _____

Street _____

City                    State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

26d.1.

Name _____

Street _____

City                    State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| |

27.1.

Name _____

Street _____

City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Wodnicki** | **341 N. Fairview Street Burbank, CA 91505** | **Member, Capital Contribution** | **35.00%** |
| **Federico Casanova** | **2332 Fernon Street Philadelphia, PA 19145** | **Member, Capital Contribution** | **35.00%** |
| **Mary Collins** | **2814 Motor Avenue Los Angeles, CA 90064** | **Member, Capital Contribution** | **25.00%** |

Debtor   Softwax Record Pressing LLC _____   Case number _(if known)_ _____

Name

| Dan Greathouse | 8566 Weaver Road Ravenna, OH 44266 | Member, Capital Contribution | 5.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , _____ | | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | |
| Name _____ | | | |
| Street _____ | | | |
| _____ | | | |
| City            State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Debtor     **Softwax Record Pressing LLC**
         Name                                                    Case number *(if known)*

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **10/31/2024**
              MM/  DD/  YYYY

**X** **/s/ Michael Wodnicki**                    Printed name      **Michael Wodnicki**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor      **Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Softwax Record Pressing LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mary Collins 2814 Motor Avenue Los Angeles, CA 90064 | | Capital Contributions | Disputed | | | $900,000.00 |
| 2 | ASTHMATIC KITTY RECORDS C/O KLBM LLC 1000 MAIN STREET Suite 201 Nashville, TN 37206 | | | Disputed | | | $81,322.69 |
| 3 | JRE Eleven, LLC c/o McDonald Ave. Paper & Plastic 58 50th Street Brooklyn, NY 11232 | | | | | | $27,000.00 |
| 4 | Amercian Express PO Box 981535 El Paso, TX 79998 | | | | | | $22,962.00 |
| 5 | Gotta Groove Records 3615 Superior Avenue #4201 A Cleveland, OH 44114 | | | | | | $19,637.18 |
| 6 | Quickbooks c/o WebBank 215 South State Street Suite 100 Salt Lake City, UT 84111 | | | | | | $14,275.00 |
| 7 | Well Made Music 120 Wood Street Bristol, VA 24201 | | | | | | $11,435.00 |
| 8 | Hartford Insurance Company 301 Woods Park Drive Clinton, NY 13323 | | | | | | $11,173.42 |

| Debtor | Softwax Record Pressing LLC | | Case number *(if known)* | |
|--------|------|------|------|------|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Gold Shop<br>838 DEAN ST UNIT A<br>Brooklyn, NY 11238 | | | | | | $8,763.00 |
| 10 | Mastercraft<br>801 Magnolia Ave Elizabeth<br>Elizabeth, NJ 07201 | | | | | | $6,110.00 |
| 11 | Twikipedia 2xLP (Reasonable Records)<br>Marc Combs<br>11540 Little Patuxent Parkway Apt 103<br>Columbia, MD 21044 | | | | | | $5,664.75 |
| 12 | Butterbeer (Daydream)<br>c/o Serio Esparza<br>1397 Wooden Valley Street<br>Chula Vista, CA 91913 | | | | | | $4,838.76 |
| 13 | Sergio Esparza<br>1397 Wooden Valley Street<br>Chula Vista, CA 91913 | | | | | | $4,835.76 |
| 14 | Visionaries (META/Mas Yamagata)<br>5541 Pineridge Dr<br>La Palma, CA 90623 | | | | | | $4,797.75 |
| 15 | AtoZ Media<br>150-36 182nd Street 1st Floor<br>Springfield Gardens, NY 11413 | | | | | | $4,062.53 |
| 16 | Federico Casanova<br>2332 Fernon Street<br>Philadelphia, PA 19145 | | | | | | $4,000.00 |
| 17 | Res - "How I Do" LP V2 - REPRESS<br>7042 Sheldrake Place<br>Philadelphia, PA 19153 | | | | | | $3,358.15 |
| 18 | Camping In Alaska (HOP)<br>Jacob Welker<br>840 S. Roanoke Avenue 3-406-B<br>Springfield, MO 65806 | | | | | | $3,292.25 |
| 19 | Delval Equipment Corporation<br>604 General Washington Avenue<br>Norristown, PA 19403 | | | | | | $3,000.00 |
| 20 | Sonic & Chill (GameChops)<br>c/o Chris Davidson<br>3005 Grays Ferry Avenue Unit 3963<br>Philadelphia, PA 19146 | | | | | | $2,677.86 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

**In re**    Softwax Record Pressing LLC

Case No. _____

**Debtor**    Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$6,000.00**

Prior to the filing of this statement I have received ..................................................................    **$6,000.00**

Balance Due .................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __10/31/2024__ | **/s/ Stephen Dunne** |
| *Date* | Stephen Dunne |
| | *Signature of Attorney* |
| | Bar Number: 208838 |
| | Dunne Law Offices, PC |
| | 1515 Market Street 1200 |
| | Philadelphia, PA 19102 |
| | Phone: (215) 205-6367 |
| | |
| | **Dunne Law Offices, PC** |
| | *Name of law firm* |

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE: **Softwax Record Pressing LLC**                                          CASE NO

                                                                                CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**10/31/2024**____     Signature _____**/s/ Michael Wodnicki**_____

                                                                    Michael Wodnicki, Member

Amercian Express
PO Box 981535
El Paso, TX 79998

Arun Ramamurthy Trio
c/o Green Leaf Music
323 Prospect Place Apt 1
Brooklyn, NY 11238

ASTHMATIC KITTY RECORDS
C/O KLBM LLC
1000 MAIN STREET Suite 201
Nashville, TN 37206

AtoZ Media
150-36 182nd Street 1st Floor
Springfield Gardens, NY 11413

Banele Mguni
2421 Newmoor Way
Upper Marlboro, MD 20772

Brian McBrearty
117 E Coulter St
Philadelphia, PA 19144

Buck Gooter
Billy Brett
1008 Tufton Ave
Charlottesville, VA 22902

Butterbeer (Daydream)
c/o Serio Esparza
1397 Wooden Valley Street
Chula Vista, CA 91913

Camping In Alaska (HOP)
Jacob Welker
840 S. Roanoke Avenue 3-406-B
Springfield, MO 65806


Carsie Blanton - Body Of Work
- REPRESS
429 W Bringhurst Street
Philadelphia, PA 19144


Cathedral Bells (Daydream)
Sergio Esparza
1397 Wooden Valley Street
Chula Vista, CA 91913


Chardon Laboratories
7300 Tussing Road
Reynoldsburg, OH 43068


CMH
P.O. Box 39439
Los Angeles, CA 90039


Delval Equipment Corporation
604 General Washington Avenue
Norristown, PA 19403


Donny Eastland
5504 Clovercrest Drive
Brentwood, TN 37027


Fabi Mera
549 Mountain Street
Philadelphia, PA 19148

Federico Casanova
2332 Fernon Street
Philadelphia, PA 19145


FIve Finger Posse
(MALK/Will Becker)
217 Spruce Street
Philadelphia, PA 19106


Gold Dust (Stephen Pierce)
7 Water Street
Easthampton, MA 01027


Gold Pyramid
2966 Matthew Ln
Lawrenceville, GA 30044


Gold Shop
838 DEAN ST UNIT A
Brooklyn, NY 11238


Gotta Groove Records
3615 Superior Avenue #4201 A
Cleveland, OH 44114


Hartford Insurance Company
301 Woods Park Drive
Clinton, NY 13323


House of Hamill
Rose Baldino
2681 Burton Rd.
Harleysville, PA 19438

Jentl
Darren
35 Diamond Street #6
Brooklyn, NY 11222


Jewelssea
c/o Cameron Vickens
1913 N. Lawrence Street
Philadelphia, PA 19122


JRE Eleven, LLC
c/o McDonald Ave. Paper & Plastic
58 50th Street
Brooklyn, NY 11232


Karl Blau
c/o Stephen Pierce
7 Water Street
Easthampton, MA 01027


King Blood (Petty Bunco)
Richi Charles
2528 N Front S
Philadelphia, PA 19133


Lovage Sharrock (Phipps
Point)
460 59th Street
Oakland, CA 94609


Luci Dead Limb (Lux Lucidi)
724 Berkley St
Berkley, MA 02779


Mary Collins
2814 Motor Avenue
Los Angeles, CA 90064

Mastercraft
801 Magnolia Ave Elizabeth
Elizabeth, NJ 07201

Matias Anaya
5930 Benner Street Apt 4
Los Angeles, CA 90042

Michael Wodnicki
341 N. Fairview Street
Burbank, CA 91505

Mike Falzone
c/o Byron McKoy
2105 S 5th St W
Missoula, MT 59801

No Genocide - VA comp
Rachel Courtney
6213 Baynton Street
Philadelphia, PA 19144

Packaging Consultants
7300 North Crescent Blvd. Unit 14
Pennsauken, NJ 08110

Paul Yoon
11106 Pegasus Avenue
San Diego, CA 92126

Quickbooks
c/o WebBank
215 South State Street Suite 100
Salt Lake City, UT 84111

Res - "How I Do" LP V2 -
REPRESS
7042 Sheldrake Place
Philadelphia, PA 19153

Rob Scallon
c/o Byron McKoy
2105 S 5th St W
Missoula, MT 59801

RPA
700 Sherman Ave.
Hamden, CT 06514

Ryan Raichilson
28 Carson Avenue
Metuchen, NJ 08840

Sergio Esparza
1397 Wooden Valley Street
Chula Vista, CA 91913

Sonic & Chill (GameChops)
c/o Chris Davidson
3005 Grays Ferry Avenue Unit 3963
Philadelphia, PA 19146

Stardew & Chill (GameChops)
c/o Chris Davidson
3005 Grays Ferry Avenue Unit 3963
Philadelphia, PA 19146

Symcon
10612-D Providence Road Ste.716
Charlotte, NC 28277

Twikipedia 2xLP (Reasonable
Records)
Marc Combs
11540 Little Patuxent Parkway Apt 103
Columbia, MD 21044

Uline
2575 Uline Drive
Pleasant Prairie, WI 53158

Visionaries (META/Mas
Yamagata)
5541 Pineridge Dr
La Palma, CA 90623

Well Made Music
120 Wood Street
Bristol, VA 24201

What Is Your Name
(Daydream)
c/o Sergio Esparza
1397 Wooden Valley Street
Chula Vista, CA 91913